THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Alvin Hollingsworth, Appellant.
 
 
 

Appeal From Aiken County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2006-UP-142
Submitted March 1, 2006  Filed March 13, 2006 

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, II, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia, and Barbara R. Morgan, Second Circuit Solicitor's Office, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Alvin Hollingsworth appeals his guilty plea and sentence for armed robbery.  Hollingsworth contends that the judge should have allowed him to plea guilty but mentally ill, so that he could receive treatment while incarcerated pursuant to S.C. Code Ann. § 17-24-70 (2003).  This appeal is dismissed under Rule 220(b)(1), SCACR, after review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.[1]
BEATTY, SHORT AND WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.